United States District Court
Southern District of Texas
**ENTERED**
December 02, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE VIDAL HERRERA NARANJO, | § § § | CIVIL ACTION NUMBER 4:25-cv-05756 |
| Petitioner, | § § § | |
| versus | § § § | JUDGE CHARLES ESKRIDGE |
| BRYAN UHLS, *et al*, Respondents. | § § § | |

ORDER

Petitioner Jose Vidal Herrera Naranjo filed a petition for writ of *habeas corpus* on December 1, 2025. Dkt 1. He asserts that his detention under 8 USC §1225(b) is unlawful and that he should instead be detained, if at all, under 8 USC §1226(a), which may entitle him to a bond hearing. Id at ¶¶36–39.

Petitioner states causes of action for violation of (i) the Due Process Clause of the Fifth Amendment, and (ii) 8 USC §1226(a). Id at ¶¶30–39. Among other relief, he seeks (i) a preliminary injunction or writ of *habeas corpus* directing Respondents to immediately release him or, in the alternative, (ii) an order directing Respondents to show cause as to lawfulness of his continued detention. Id at 16 ¶¶1–5.

To the extent Petitioner requests immediate release prior to service of Respondents, it is DENIED. But Petitioner is entitled to the order to show cause.

Respondents are thus ORDERED to show cause with a filing that establishes the propriety of Petitioner's continued detention. Such filing must be made by December 8, 2025, absent extension.

It doesn't appear that counsel for Respondents have yet been served or appeared. Counsel for Petitioner is thus ORDERED to provide immediate service of this Order by email directed to the counsel for Government with whom he has been in communication about this matter. Such service doesn't substitute for the requirements of formal service but is instead intended only to provide the Government notice and an opportunity to be heard at this initial juncture.

This matter is SET for hearing to address the show cause order for December 8, 2025 at 3:30 pm.

The parties may jointly request brief resetting, if necessary and agreed.

SO ORDERED.

Signed on December 2, 2025, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge